## UNITED STATES COURT OF INTERNATIONAL TRADE

**FORM 3**

|  |  |
|---|---|
| KUMAR INDUSTRIES, | |
| Plaintiff, | Court No. 23-00263 |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**S U M M O N S**

**TO:**   The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/Mario Tuscano**
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>
Plaintiff, Kumar Industries, is an Indian manufacturer and exporter to the United States of Glycine and was a mandatory respondent in the contested antidumping duty administrative review conducted by the U.S. Department of Commerce. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested determination.  Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
Plaintiff contests the final results issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the antidumping duty administrative review under the antidumping duty order *Glycine from India* (A-533-883), <u>covering October 31, 2021 – May 31, 2022</u>

3.    Date of Determination
      Commerce's final results were signed on November 6, 2023 and was published in the
      *Federal Register* on November 13, 2023.

4.    Date of Publication in the Federal Register of Notice of Contested Determination
      Commerce's final results were published in the *Federal Register* on November 10, 2021
      as *Glycine from India* (A-533-883*): Final Results of Antidumping Duty Administrative
      Review; 2021-2022,* 88 Fed. Reg. 77,552 (Nov. 13, 2023).

                                        */s/David Craven*
                                          David Craven

                                          Craven Trade Law LLC
                                          3744 N Ashland
                                          Chicago, IL 60613
                                           Tel:  (773) 09 8506
                                           David.craven@tradelaw.com

                                          *Counsel to Kumar Industries*


Dated:  December 7, 2023

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278